```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ZERO CARBON HOLDINGS, LLC and :
FOUR THIRTEEN, LLC, :
:
                    Plaintiffs, :      23-cv-05262 (LJL)
:
     -v- :      ORDER
:
ASPIRATION PARTNERS, INC., :
:
                    Defendant. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A telephonic conference was held in this matter on October 24, 2023. This order memorializes the deadlines and trial schedule set by the Court at the conference. Plaintiffs' amended complaint is due on Friday, November 3, 2023. By Friday, November 10, 2023, Defendant is to either file its amended motion to dismiss or confirm whether it is standing on their existing motion. Plaintiffs' opposition to the motion to dismiss is due on Friday, November 17, 2023. Defendant's reply is due on Wednesday, November 22, 2023.

     The parties have agreed to consolidate the motion for a preliminary injunction with a bench trial on the full merits. Parties are to meet and confer as to whether a joint pretrial memorandum is necessary, and as to the timetable for exchanging declarations and witness lists. Parties are to submit declarations, witness lists, and exhibits to the Court by January 4, 2024. A Bench Trial is scheduled for January 8, 2024, at 9:00 AM in Courtroom 15C at the 500 Pearl Street Courthouse.

     SO ORDERED.

Dated: October 25, 2023                       _____
       New York, New York                      LEWIS J. LIMAN
                                               United States District Judge