*Zero Carbon Holdings, LLC and Four Thirteen, LLC v. Aspiration Partners, Inc.*,
Case No. 23-cv-5262-LJL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZERO CARBON HOLDINGS, LLC and
FOUR THIRTEEN, LLC

          Plaintiff,

    -v-

ASPIRATION PARTNERS, INC.,

          Defendant.

Case No. 23-cv-5262-LJL

| PX. EX. NO. | DATE | DESCRIPTION | BATES NUMBER |
|---|---|---|---|
| 1. | February 9, 2022 | Letter Confirmation of Agreement | N/A |
| 2. | February 9, 2022 | Equity Pledge Agreement | N/A |
| 3. | | ISDA Master Agreement | N/A |
| 4. | August 18, 2021 | Article titled "Aspiration, a Sustainability-Focused Fintech With Celebrity Backers, to Go Public Via SPAC" | N/A |
| 5. | December 15, 2021 | Article titled "Leonardo DiCaprio-backed fintech Aspiration raises $315 mln ahead of closing SPAC deal" | N/A |
| 6. | January 24, 2022 | E-mail from Robert Lee bearing subject line "Re: Follow-up on Carbon Credits" | Aspiration00001240 |
| 7. | January 26, 2022 | E-mail from Robert Lee bearing subject line "Re: Help w/ Forward Purchase Contract Language" | Aspiration00001270 |
| 8. | January 26, 2022 | E-mail from Jay Rogers bearing subject line "RE: Follow-up on Carbon Credits" | Aspiration00001248 |
| 9. | January 28, 2022 | E-mail from Robert Lee bearing subject line "Re: Help w/ Forward Purchase Contract Language - Privileged" | Aspiration00001339 |
| 10. | February 3, 2022 | E-mail from Javier Rocha bearing subject liner "RE: Zero Carbon Holdings / Aspiration" | Aspiration00001389 |
| 11. | February 7, | E-mail from Irfan Kamal bearing subject | Aspiration00001473 |

*Zero Carbon Holdings, LLC and Four Thirteen, LLC v. Aspiration Partners, Inc.*,
Case No. 23-cv-5262-LJL

| | 2022 | line "Re: Privileged – Fwd: Invitation: Aspiration-413/ZCH" | |
|---|---|---|---|
| 12. | February 9, 2022 | E-mail from Shuckerow bearing subject line "Re: answers to Aspiration's questions" | ZCH00003082 |
| 13. | February 17, 2022 | Article titled "CORRECTING and REPLACING Aspiration Reports Fourth Quarter and Full Year 2021 Results" | N/A |
| 14. | December 15, 2022 | E-mail from Jay Rogers bearing subject line "ZERO CARBON HOLDINGS – FINAL PDD WITH LAND TENURE – LEGAL OPINIONS AND UNDERLYING EXHIBITS" | Aspiration00007035 |
| 15. | December 15, 2022 | E-mail from Robert Lee bearing subject line "Fwd: ZERO CARBON HOLDINGS – FINAL PDD WITH LAND TENURE – LEGAL OPINIONS AND UNDERLYING EXHIBITS" | Aspiration0007036 |
| 16. | December 15, 2022 | E-mail from Dan Shurey bearing subject line "Fwd: ZERO CARBON HOLDINGS – FINAL PDD WITH LAND TENURE – LEGAL OPINIONS AND UNDERLYING EXHIBITS" | Aspiration00007319 |
| 17. | January 13, 2023 | E-mail from Daniel Bier bearing subject line "Re: [external] Aspiration Carbon Portfolio" | Aspiration00003913 |
| 18. | February 1, 2023 | Notice of Default from Aspiration | N/A |
| 19. | February 25, 2023 | E-mail from Erin Angerer bearing subject line "Investor Deck Draft for Review" | Aspiration00005154 |
| 20. | March 28, 2023 | Notice of Default from Aspiration | N/A |
| 21. | April 5, 2023 | Article titled "Fintech Startup Aspiration Plans To Lay Off More Than Half Of Staff" | N/A |
| 22. | April 14, 2023 | Climate-focused digital bank backed by Leonardo DiCaprio and Orlando Bloom facing major layoffs" | N/A |
| 23. | August 22, 2023 | Article titled "InterPrivate III Financial Partners Inc. (IPVF) Terminates Aspiration Deal" | N/A |
| 24. | January 24, 2024 | Article titled "Aspiration is under investigation by the Commodities Futures Trading Commission about the quality of its carbon offsets" | N/A |
| 25. | February 6, | E-mail from Javier Rocha bearing subject | ZCH00031435 |

*Zero Carbon Holdings, LLC and Four Thirteen, LLC v. Aspiration Partners, Inc.*,
Case No. 23-cv-5262-LJL

| | | | |
|---|---|---|---|
| | 2022 | line "RE: Aspiration / ZCH – Confirmation and Equity Pledge" | |
| 26. | January 28, 2022 | E-mail from Robert Lee bearing subject line "RE: Follow-up on Carbon Credits" | ZCH00031174 |
| 27. | February 6, 2022 | E-mail from Irfan Kamal bearing subject line "Re: Aspiration / ZCH – Confirmation and Equity Pledge" | Aspiration00001445 |
| 28. | January 25, 2023 | E-mail from Jay Rogers bearing subject line "FW: ZERO CARBON HOLDINGS / ASPIRATION" | ZCH00013641 |
| 29. | October 19, 2021 | Letter from Lisa DeMarco | Aspiration00006256 |
| 30. | December 13, 2022 | Project Design Document submitted to VERRA | N/A |
| 31. | August 29, 2022 | Letter from Lucia Aragao | ZCH00018108 |
| 32. | March 19, 2021 | Feasibility Report prepared by Radicle Group Inc. | ZCH00003629 |
| 33. | October 1, 2021 | Feasibility Report prepared by Radicle Group Inc. | N/A |
| 34. | July 18, 2023 | Affidavit of Lucia Aragao in Support of Plaintiffs' Application for a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction | N/A |
| 35. | March 15, 2024 | Expert Report of Lucia Aragao | N/A |

Dated: April 2, 2024          **O'BRIEN LLP**
      New York, New York

By: /s/ _____
      Sean O'Brien, Esq.
      A.J. Monaco, Esq.
      Sara Welch, Esq.
      900 Third Avenue, 18th Floor
      New York, New York 10022
      Tel: (212) 729-9243
      Fax: (646) 205-3071
      sobrien@obrienllp.com
      ajmonaco@obrienllp.com
      swelch@obrienllp.com