P-X 14

Message

| | |
|---|---|
| **From**: | Jay Rogers [jay@fourthirteenllc.com] |
| **Sent**: | 12/15/2022 4:32:44 AM |
| **To**: | Robert Lee [rlee@aspiration.com]; tbain@aspiration.com |
| **CC**: | Mike Shuckerow [mshuckerow@aspiration.com]; Javier Rocha [javier@fourthirteenllc.com]; Gianna Van Kley [Gianna@fourthirteenllc.com] |
| **Subject**: | ZERO CARBON HOLDINGS - FINAL PDD WITH LAND TENURE - LEGAL OPINIONS AND UNDERLYING EXHIBITS |
| **Attachments**: | Exhibits- Land Tenure 2587 Part 1.zip; Exhibit II (D)- Land tenure 2587 Part 2.zip; Zero_Carbon_PD_Final_13_12_22.pdf; ZeroCarbon_Document_Control_List.xlsb |

Rob,

Per your request earlier today, these are the final PDD's being uploaded to Verra this week.
They should answer all of your questions.


Jay Rogers
Chief Executive Officer
413 Environmental, LLC
109 East 17th Street, Suite 450
Cheyenne, WY 82001
(310) 993-9952 direct



Aspiration00007035