**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ZERO CARBON HOLDINGS, LLC and FOUR
THIRTEEN, LLC,

                Plaintiffs,                23 **CIVIL** 5262 (LJL)

   -against-                        **JUDGMENT**

ASPIRATION PARTNERS, INC.

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 1, 2024, the Court grants declaratory judgment in favor of Defendant, finding that an Event of Default has occurred due to Plaintiffs' failure to deliver 3,600,000 carbon credits as required by the Confirmation, which entitles Aspiration to exercise its rights contemplated by the Confirmation and the Equity Pledge Agreement. Plaintiffs' claims are dismissed.

**Dated:**  New York, New York

     May 1, 2024

                                                **RUBY J. KRAJICK**
                                                **Clerk of Court**

                       **BY:**
                                                _____
                                                      **Deputy Clerk**