```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/18/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ZERO CARBON HOLDINGS, LLC AND FOUR   :
THIRTEEN, LLC,                       :
：
     Plaintiffs,  :  23-cv-5262 (LJL)
:
  -v-     :  ORDER
:
ASPIRATION PARTNERS, INC.,           :
:
     Defendant.  :
                X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

  Defendant is directed to prove its billing and time records in an excel spreadsheet to the Court. Defendant may send the time records in Excel to the chambers email: LimanNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

Dated: June 18, 2024
   New York, New York         _____
                       LEWIS J. LIMAN
                    United States District Judge