UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZERO CARBON HOLDINGS, LLC and FOUR THIRTEEN, LLC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ASPIRATION PARTNERS, INC.,<br><br>    Defendant. | 23-CV-5262 (LJL) |

**STIPULATED JUDGMENT IN FAVOR OF DEFENDANT**

Plaintiffs, Zero Carbon Holdings, LLC ("**ZCH**") and Four Thirteen, LLC ("**413**") (collectively, "**Plaintiffs**") and defendant, Aspiration Partners, Inc. ("**Aspiration**" or "**Defendant**"), and together with Plaintiffs, the "**Parties**", by their respective counsel, hereby stipulate and agree as follows (the "**Judgment**"):

1. Plaintiffs and Aspiration are parties to a Settlement Agreement and Release ("**Settlement Agreement**") that requires timely performance of certain obligations by Plaintiffs, including the payment by 413 of certain amounts set forth in detail in the Settlement Agreement to Aspiration.

2. 413 has failed to make the required payment of $522,110.12 to Aspiration in the time specified in the Settlement Agreement and, accordingly, is in default.

3. 413 therefore stipulates and consents to the entry of judgment against it, and in favor of Aspiration, in the amount of $522,110.12.

4. Plaintiffs waive any right to appeal this Judgment.

Dated: September 19, 2024

| | |
|---|---|
| /s/ Sean R. O'Brien_____<br>Sean R. O'Brien<br>A.J. Monaco<br>Sara A. Welch<br>O'Brien LLP<br>900 Third Avenue<br>18th Floor<br>New York, NY 10022<br>917-207-7132<br><br>*Attorneys for Plaintiffs Zero Carbon Holdings, LLC and Four Thirteen, LLC* | /s/ Stephen M. Faraci, Sr._____<br>Stephen M. Faraci, Sr.<br>New York State Bar No. 5052501<br>Virginia State Bar No. 42748<br>WHITEFORD, TAYLOR & PRESTON, L.L.P.<br>Two James Center<br>1021 E. Cary Street, Suite 1700<br>Richmond, Virginia 23219<br>Telephone:   (804) 977-3307<br>Facsimile:    (804) 977-3298<br>Email: sfaraci@whitefordlaw.com<br><br>and<br><br>Scott M. Hare (admitted pro hac vice)<br>WHITEFORD, TAYLOR & PRESTON, L.L.P.<br>11 Stanwix Street, Suite 1400<br>Pittsburgh, Pennsylvania 15222<br>Telephone:   (412) 275-2399<br>Facsimile:    (412) 275-2406<br>Email: share@whitefordlaw.com<br><br>*Attorneys for Defendant, Aspiration Partners, Inc.* |

Dated: September 20, 2024

SO ORDERED.

[signature]

LEWIS J. LIMAN
United States District Judge