IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK, STATE OF NEW YORK
DOCKET NUMBER 23-CV-5262 (LJL)

---

ZERO CARBON HOLDINGS, LLC AND FOUR THIRTEEN, LLC,
    Plaintiff,

vs.

ASPIRATION PARTNERS, INCORPORATED,
    Defendant,

---

## RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Judgment Creditor's First Set of Interrogatories to Judgment Debtor** and served the same at **400 East 20th Street, (Registered Agent of Wyoming, LLC), Cheyenne, Wyoming** on **October 23, 2024** at **10:04 a.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Bretnie Mercer, Secretary for Registered Agent of Wyoming, as Registered Agent for Four Thirteen LLC**.

6. \_\_\_\_  Upon an Attorney of record or other Agent for Service.
7. **X**   Upon a corporation, by delivery of copies to their Registered Agent.
8. \_\_\_\_  A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

Description of Person Served:

| | | | |
|---|---|---|---|
| Sex: | Female | Skin Color: | White |
| Height: | 5'4 - 5'8 | Weight: | 100 - 130 Pounds |
| Hair Color: | Blond | Eye Color: | Blue |
| Age: | 36 - 45 years old | Glasses: | No |

I declare under the penalty of perjury that this information is true.

George Gliem
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this 25 day of October, 2024 by **George Gliem**.

Notary Public

My Commission Expires: NOV. 19, 2027

SAMANTHA GILLIAND
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166293
MY COMMISSION EXPIRES: NOV 19, 2027

Cost of Service:     $75.00
Client's Name:     Whiteford, Taylor, Preston Law
Hearing Date:     Within 72 Hours of Receipt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZERO CARBON HOLDINGS, LLC
and FOUR THIRTEEN, LLC.

    Plaintiffs,

    v.

ASPIRATION PARTNERS, INC.

    Defendant.

23-CV-5262 (LJL)

---

### JUDGMENT CREDITOR'S FIRST SET OF INTERROGATORIES
### TO JUDGMENT DEBTOR

Judgment Creditor, Aspiration Partners, Inc., by and through its undersigned counsel, propounds the following Interrogatories to Judgment Debtor, Four Thirteen, LLC, pursuant to Rules 33 and 69(a) of the Federal Rules of Civil Procedure in aid of collection of the judgment entered herein on September 20, 2024.

### Instructions and Definitions

(a)     The following definitions apply to all discovery requests:

    1.     The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

    2.     The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

    3.     When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

    4.     When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK, STATE OF NEW YORK
DOCKET NUMBER 23-CV-5262 (LJL)

ZERO CARBON HOLDINGS, LLC AND FOUR THIRTEEN, LLC,
Plaintiff,

vs.

ASPIRATION PARTNERS, INCORPORATED,
Defendant,

RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Judgment Creditor's First Set of Requests For Production of Documents to Judgment Debtor** and served the same at **400 East 20th Street, (Registered Agent of Wyoming, LLC), Cheyenne, Wyoming** on **October 23, 2024** at **10:04 a.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Bretnie Mercer, Secretary for Registered Agent of Wyoming, as Registered Agent for Four Thirteen LLC**.

6. ___   Upon an Attorney of record or other Agent for Service.
7. _X_   Upon a corporation, by delivery of copies to their Registered Agent.
8. ___   A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

Description of Person Served:
| | | | |
|---|---|---|---|
| Sex: | Female | Skin Color: | White |
| Height: | 5'4 - 5'8 | Weight: | 100 - 130 Pounds |
| Hair Color: | Blond | Eye Color: | Blue |
| Age: | 36 - 45 years old | Glasses: | No |

I declare under the penalty of perjury that this information is true.

George Gliem
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this _25_ day of October, 2024 by George Gliem.

Notary Public

My Commission Expires: NOV. 19, 2027

**Cost of Service:** $75.00
**Client's Name:** Whiteford, Taylor, Preston Law
**Hearing Date:** Within 72 Hours of Receipt

SAMANTHA GILLIAND
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 166293
MY COMMISSION EXPIRES: NOV 19, 2027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ZERO CARBON HOLDINGS, LLC and FOUR THIRTEEN, LLC. Plaintiffs, v. ASPIRATION PARTNERS, INC. Defendant. | 23-CV-5262 (LJL) |
|---|---|

## JUDGMENT CREDITOR'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO JUDGMENT DEBTOR

Judgment Creditor, Aspiration Partners, Inc., by and through its undersigned counsel, propounds the following Requests for Production of Documents to Judgment Debtor, Four Thirteen, LLC, pursuant to Rules 34 and 69(a) of the Federal Rules of Civil Procedure in aid of collection of the judgment entered herein on September 20, 2024.

### DEFINITIONS

(a) The following definitions apply to all discovery requests:

1. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

2. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

3. When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

4. When referring to documents, "to identify" means to give, to the extent known, the (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s) and recipient(s). In the alternative, the responding party may produce the documents, together with identifying information sufficient to satisfy Fed. R. Civ. P. 33(d).